**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY VALLEY PROFESSIONAL CENTER, LLC, | Case No.: 5:11-CV-6253 EJD |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | **(Re: Docket Nos. 4 and 6)** |
| JONATHAN ORCINE, ET AL., | |
| Defendants. | |

This case was originally assigned to Magistrate Judge Howard R. Lloyd, who has made a report and recommendation that the case be summarily remanded to the Santa Clara County Superior Court. The Magistrate Judge's Report and Recommendation was filed and served on January 12, 2012. No objections have been filed, and the time to file objections has expired.

Having reviewed the Report and Recommendation, as well as the record in this case, the court finds that the Report and Recommendation is well-founded in fact and in law and, therefore, the Report and Recommendation is adopted in its entirety. Accordingly, the case is remanded to the Santa Clara County Superior Court. The clerk shall close the case and direct appropriate materials

Case No.: 5:11-CV-6253 EJD
ORDER ADOPTING REPORT AND RECOMMENDATION

to the Santa Clara County Superior Court.

IT IS SO ORDERED.

Dated: _____

_____
EDWARD J. DAVILA
United States District Judge